MAY 27, 1963.

No. 45. FLORIDA LIME & AVOCADO GROWERS, INC., ET AL. *v.* PAUL, DIRECTOR OF THE DEPARTMENT OF AGRICULTURE OF CALIFORNIA, ET AL.; and

No. 49. PAUL, DIRECTOR OF THE DEPARTMENT OF AGRICULTURE OF CALIFORNIA, ET AL. *v.* FLORIDA LIME & AVOCADO GROWERS, INC., ET AL., *ante,* p. 132. IT IS ORDERED that the opinion of this Court in these cases be amended by adding to footnote 18, the following paragraph:*

"Nor have we any occasion to consider the possible applicability to the Supremacy Clause issue of the provisions of 21 U. S. C. § 341, since neither party has made any reference to that statute either before the District Court or in this Court."

No. 403. BANCO NACIONAL DE CUBA *v.* SABBATINO, RECEIVER, ET AL. Certiorari, 372 U. S. 905, to the United States Court of Appeals for the Second Circuit. Further consideration of the motion for leave to substitute Compania Azucarera Vertientes-Camaguey de Cuba in place of Peter L. F. Sabbatino as a party respondent is postponed pending a hearing on the merits of the case. *John A. Wilson* for movant Compania Azucarera Vertientes-Camaguey de Cuba. *Victor Rabinowitz* and *Leonard B. Boudin* for petitioner. *Joseph Slavin* for Sabbatino, and *C. Dickerman Williams* for Farr et al., respondents.

No. ——. IN RE ZAVIN. The motion to amend the attorneys' roll to show the change of name of Louis B. Zavin to Louis Brooks Gavin is granted.

---

*[This opinion is reported, *ante,* p. 132, as amended.]